IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN CROW and JONATHAN GONZALEZ                                    PLAINTIFFS

v.                          Case No. 4:22-cv-83-JM

THE CITY OF LITTLE ROCK, et al.                                      DEFENDANTS

## JUDGMENT

Before the Court is Plaintiffs' notice of acceptance of an offer of judgment made by Defendants. (Dkt. No. 17). Plaintiffs represent that Defendants presented them with an offer of judgment that includes:

1. Payment of Plaintiffs' attorney's fees and costs as agreed by the parties or as determined by the Court on Plaintiffs' petition:

2. Assignment of Kevin Crow to the day shift downtown; and

3. Assignment of Jonathan Gonzalez to the midnight shift, downtown, with Fridays and Saturdays off.

Defendants have not objected to the acceptance of the offer of judgment which was filed on April 27, 2022. Pursuant to the notice of acceptance of offer of judgment and Federal Rule of Civil Procedure 68, judgment is hereby entered in favor of Plaintiffs Kevin Crow and Jonathan Gonzalez and against Defendants the City of Little Rock and the Little Rock Police Department on the terms sets forth above.

So adjudged this 11th day of October, 2022.

_____
James M. Moody Jr.
United States District Judge